**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**George PEARSON, Jr., Defendant–
Appellant.**

**No. 09–10363
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 13, 2010.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

George Pearson, Jr., Coleman, FL, pro se.

Before EDMONDSON, BLACK and ANDERSON, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for George Pearson, Jr. in this appeal of the denial of a motion to reduce sentence under 18 U.S.C. § 3582(c), has filed a motion to withdraw, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED,** and the denial of the motion to reduce sentence is **AFFIRMED.**